AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

#2

14CV2615

# UNITED STATES DISTRICT COURT
*Southern* for the District of *New York*

APR - 8 2014

PRO SE

|                                                                    |     |                                              |
| ------------------------------------------------------------------ | --- | -------------------------------------------- |
| *Regina Lewis*                                                     | )   |                                              |
|                                                                    | )   |                                              |
|                                                                    | )   |                                              |
| Petitioner                                                         | )   |                                              |
|                                                                    | )   |                                              |
| v.                                                                 | )   | Case No.                                     |
|                                                                    | )   |          *(Supplied by Clerk of Court)*      |
| *Judy R. Upton*                                                    | )   |                                              |
|                                                                    | )   |                                              |
|                                                                    | )   |                                              |
| Respondent                                                         | )   |                                              |
| *(name of warden or authorized person having custody of petitioner)* |   |                                              |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: *Regina Lewis*

    (b) Other names you have used:

2.  Place of confinement: *Federal Prison*

    (a) Name of institution: *FMC Carswell*

    (b) Address: *PO BOX 27137 Fort Worth, TX 76127*

    (c) Your identification number: *67206-054*

3.  Are you currently being held on orders by:

    ☒ Federal authorities    ☐ State authorities    ☒ Other - explain: *Judge Hellerstein*

4.  Are you currently:

    ☒ A pretrial detainee (waiting for trial on criminal charges)

    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

    If you are currently serving a sentence, provide:

    (a) Name and location of court that sentenced you:

    (b) Docket number of criminal case: *12cr.655*

    (c) Date of sentencing:

    ☐ Being held on an immigration charge

    ☒ Other *(explain):* *Unlawfully imprisoned and experiencing cruel and unusal punishment.*

I file this _____ the legality of my prosecution and the conditions of my Confinement, my Confinement in federal prison and I appealed the 1-6-14 order under 4241(d) since I am prose and did not give notice under 12.2(c).

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☒ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☒ Disciplinary proceedings

☒ Other (explain): Prosecution continued after the case 12.MAG1992 was closed on 8-23-12 and order for competency issued on 1-6-14

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: U.S. District Court for the S.D.N.Y. 500 Pearl ST. NY NY 10007

(b) Docket number, case number, or opinion number: 12MAG1992 – 12 Cr. 655

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): indictment 12 Cr. 655 and Segregation Solitary Confinement in federal prison, and order for competency 18USC4241(d)

(d) Date of the decision or action: 1-6-14 order under 18USC4241(d) 10-10-12 returnto custody after an order for my release 2-25-14 Sent to prison + order for Competency

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes        ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: U.S. District Court 500 Pearl ST. NY NY 10007

(2) Date of filing: mailed 3-19-14 notice of appeal

(3) Docket number, case number, or opinion number:

(4) Result: no response yet. no response from the facility administrators

(5) Date of result:

(6) Issues raised: Same as here, I filed over 50 copy outs to the Facility Warden and Charles Samuels Jr. but no one responded at the facility, and FBOP simply returned my BP form and letter complaint unanswered on 2-26-14 and Court denies every motion and ignores all others.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:

10.  **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes                    ☒ No

If "Yes," answer the following:

(a)  Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes                    ☒ No

If "Yes," provide:

(1)  Name of court:

(2)  Case number:

(3)  Date of filing:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

(b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                    ☒ No

If "Yes," provide:

(1)  Name of court:

(2)  Case number:

(3)  Date of filing:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result:

(5) Date of result:

(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☒ Yes                    ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: Habeas Corpus

(b) Name of the authority, agency, or court: U.S. District Court 225 Cadman Plaza E. Brookly NY 11201

(c) Date of filing: 11-18-13

(d) Docket number, case number, or opinion number: 13 CV 879 (ARR)

(e) Result: Still Waiting

(f) Date of result:

(g) Issues raised: Unlawful disciplinary actions, imprisonment and conditions of my imprisonment.

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

**GROUND ONE:**

See attachment A-B

Ground one:

On August 20, 2012 I was informed of my release and to go home by counselor Hill for the MCC.

On August 14, 2012 an order was entered under seal for case 12m461992 for my release from federal custody. On August 23, 2012 case 12m461992 was closed without being issued a docket number. Both orders were filed by the clerk in accordance with the F.R.C.P. Rule 55.

Supporting facts: On October 10, 2012 a sentry release transaction was prepared by the Metropolitan Detention Centers P.W. day, and the Record Office Legal Technicians in accordance with the Inmate Systems Management Manual Section 309 Chapter 3 Sentry Transactions Authorized by the USDOJ-FBOP Program Statement. The U.S. Marshals were provided with proper release paperwork. The Verification Central Inmate Monitoring Clearance form, The CIM In-Transit Data form clearly indicated my destination and relinquished custody to the Westchester Co. Hospital per order 1209C/9924/241(b) for medical treatment not to exceed 30 days. The Metropolitan Correctional Center violated the order when I was transferred to the Metropolitan Detention Center. On October 10, 2012 I was released to the U.S. Marshals who violated the order when they held me and released me to the Orange County Sheriffs providing them with the CIM In-Transit Data form and clearance information. Since there were no notifications and no detainers the Orange County Sheriffs Department had no legal authority to take me into custody nor hold me or return me to the U.S. Marshals custody.

i. Ground two: The U.S. Marshals were not
authorized legally by an order or return (in
information) to return me to the Metropolitan Detention
Center. The MDC Brooklyn inmates the august 14,
2012 order when they accepted me back upon their
custody and input me in the Bureau's inmate
system the movement manual, the movement files,
states that a transfer receipt (BP 383) is to be
prepared for commitment or custody. In transfer
form of Custody or to take order were Bureau
personnel.

(b) Disparity in the Motion before a Magistrate
judge F.R.Cr.P. Rule 59 provides 14 days for a party
to file an objection. Since the prosecutor did not
file an objection to the August 14, 2012 order the
failure in accordance with the rule amounts to
a waiver of the issue.

Ground three: I was indicted on this case
and I have been assisted with ineffective counsel
beyond a reasonable doubt.

(c) Court's motions counsel Martin Cohen did not immediately
inform me of the order nor did he file motions to
dismiss the indictment Doc. 655 thereafter.

attachment 3:
Grounds

Richard Rosenorg became aware of the order and did not state what is in currency although his question to the judge regarding its illegality and constitutionality was not addressed by the court. Lloyd Epstein stand-by counsel was not authorized to represent me and was sworn in to view the document and to instruct the court and the prosecutor that it is his firm opinion that I am competent because the Competence Data Form Disease Configuration (BP-S343) that I base my criteria represented at a recent visit at his own knowledge. Mr. Epstein arising raised the issue in his question. The

court advised me to sit and was found ill and was not competent and I have been living next to future Bye or where I am housed in segregation Administrative detention. As it has been shown I am denied unrestricted access to the court, Law Library, Legal research materials services, Recreation, Case Management, Legal Call, phone, medical attention. I have been placed in administrative detention according to the psychologist by Unit Team Manager Mrs Grant. The psychologist has expressed her desire to have access to the unit so that our interactions would be more confidential. This form of housing interrupts her allotted to evaluate and to perform her examination, I'm Phase and this confinement interrupts my ability to engage in legal activities.

The Clinic In Finance Data form and Clearance
information has been Authenticated by L.L.
Lessel who wrote an incident report After he
became aware of the Clinic In Finance Data
Form Release Authorization (BP-S93) awarded
to me upon my return to custody on
October 11, 2012.


Ground Four: The court is predjudiced

& Supporting facts: Mr. Epstein also gave a notice
with my permission for my behalf because he
never brought under Fed. R Crim. P. Rule 12.2(b) which was
denied by the judge in November 2012. I am
Pro se and I did not file notice under Fed. R. Crim.
P. Rule 12.2(b), because it would be impractible since
the questioning the legality of the indictment,
and the statute requirement has not been met;

Moreover, it would be "impractible" to require notice of
intent to assert a psychiatric defense on the basis of
the prosecutions evidence before the prosecution has
presented that Evidence. People v. Gonzalez, 2014 134
39486, NY. NO 12 2/3/14.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _N/A  See attachment A-B_

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes          ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do:

An aquittal and release upon Custidy
Unjunctive relief from administrative detention
with priveleges and rights restored

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  3 - 30 - 14

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

Memorandum in Support of Habeas Corpus Petition

§115. Influencing, impeding, or retaliating against a federal official by threatening or injuring a family member with intent to impede, intimidate or interfere with such qualifying or law enforcement officer while engaged in the performance of official duties or with intent to retaliate against such official judge or law enforcement officer on account of the performance of official duties shall be punished as provided in subsection (b).

(a)(1) Whoever—
d) assaults, kidnaps, or murders, or attempts, or conspires to kidnap or murder or threatens to assault to kidnap or murder a member of the immediate family of a United States official a United States judge, a federal law enforcement officer or an official whose killing would be a crime under section 1114 of this title [18 USCS 1114], or

(3) threatens to assault, kidnap or murder a United States official a United States judge, a federal law enforcement officer, or an official whose killing would be a crime under such section.

(b)(1) The punishment for an assault in violation of this section is—

2.

(A) fine under this title and
(B) if the assault consists of simple assault a term
of imprisonment for not more than one year;
(II) if the assault involved physical contact
with the victim of that assault or the intent to
commit another felony a term of imprisonment
for not more than 10 years.
(III) if the assault resulted in serious bodily injury
a) a term defined in section 1365 of this title
[18 USC S 1365] and including any conduct that if the
conduct occurred in the special maritime and
territorial jurisdiction of the United States,
would violate section 2241 or 2242 of this title
[18 USC S 2241 or 2242) or a dangerous weapon was
used during, or in relation of the offense a term
of imprisonment for not more than 30 years.

The statute is intended to protect the immediate
family members of a federal official and not the
federal official themself under its punishable
under any such section. The governments disclosure
set a fixed sentencing guideline of 10-16
months that was not part of a plea or penal
sentence, when I declined to accept their
resolution December of 2012 A trial was set for
1-15-13 and reset for 1-20-13, trial was cancelled
and I was sent to federal prison for a psych
study from June 2013-August 2013. On November 22,
2013 I was released on Pre trial supervision
ROR because I had maxed out of the 16 months

3,

in pre-trial detention. According to the judge I
could serve no more time even if I were to
be found guilty at trial nor be placed on
probation. Trial was set for December 3, 2013
and reset for December 6, 2013. I was executed
on December 9, 2013 for revoking my apple
release authorization. I was remanded to custody
and transferred to the Fine Center, a Federal
prison for another psych study on 2-15-14
the indictment is insufficient because
the statute requirements has not been met by the
acts alleged.

No case yet so has
to validate that it is lacking the fundamentals
government elements and it has never been
thought that a suit of jurisdiction can make
valid an indictment that is otherwise bad
Rosen + Russell v. United States 207 .2d 36: 1921
US. app. Lexis 2460 no. 4833 June 10. 1927) Bayer,
et al v. United States 114 .2d 484: 1926 U.S app
Lexis 2512 no 4699 February 19. 1926. I was also
denied effective counsel because
no attorney in ever told me that the 10-16 months
sentencing guideline had been changed and that I
was facing decades for not accepting time served in
December 2012 (Missori v. Frye 132 S.ct 1349(2012);
Lafler v. Cooper 132 S.ct 1376(2012) Lafler, 132 S. ct at 1388
Calex, Frye 132 S. ct at 1407; Lafler 132 S.ct at 1384
Citing Frye 132 S. ct at 1407-08; Padilla v. )

Kentucky 130 S. Ct. 1473 (210) Hillo, Lockhart, cp 4 U.S. 52. Citing McMann, 397 U.S. at 771, Strickland 466 U.S. at 686 & 688, .'

The offense here ought to be clearly made as to direct and certain. Where a statute is general it is not sufficient merely to follow it's language in an indictment, but the indictment must allege the special offense coming under the general description, & "to be definite in enters that the accused may enjoy the "right secured by the sixth amendment" "to be informed of the nature and cause of the accusation against him". United States v. Cruikshank 92 U.S. 542. 23 L ed 588. United States v. Hess 88 Ct. 571, 124 U.S. 483. 31 L ed 516. Foster v. United States 253 F. 481, 165 C.C.A. 193. Miller v. United States (C.C.A) 298 F. 817.

In December 2012 the prosecutor said he had 3 witnesses and needed only half an hour to convict me his case has come and gone while bears and prejudice are all that is left because the case albeit illegal took to long to go to trial. For example: see order and opinion denying motions to dismiss indictment and for release from detention 12 C 655 (RKL) 3-20-14. I'm not in detention, I am in federal prison in administrative detention that is not administrative and illegal, the best wishes punishment